# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., <br><br>                     Plaintiff, <br>     v. <br>RICHARD BRAUN, an individual and d/b/a Amazon.com seller Round 'n Round; and DOES 1–10, inclusive, <br><br>                     Defendants. | Case No. 2:13-cv-4067-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on Plaintiff Warner Bros. Home Entertainment Inc.'s Proof of Service, Defendant Richard Braun's answer to the Complaint was due July 8, 2013. (ECF No. 7.) To date, Braun has not filed an answer in this case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than July 15, 2013, why this case should not be dismissed for Plaintiff's failure to prosecute. No hearing will be held for this matter. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer from Cutter. In the event both documents are filed before the above date, the earlier-filed document will take precedence. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

July 9, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**